IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:05cv316-F |
| | )             WO |
| D. T. MARSHALL, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

# **ORDER**

On May 19, 2005, the Magistrate Judge filed a Recommendation (Doc. #20) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation is ADOPTED;

2. That the petitioner's claims related to the constitutionality of the criminal charge pending against him and his resulting confinement are DISMISSED WITHOUT PREJUDICE to afford the petitioner an opportunity to exhaust all available state court remedies; and

3. That the petition for writ of habeas corpus relief is DENIED.

Done this the 23rd day of June, 2005.

                                                /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE