IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALOYSIUS THADDEUS HENRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv316-F |
| | ) | WO |
| D. T. MARSHALL, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the

respondents and against the petitioner, and that this action be and is hereby DISMISSED

WITHOUT PREJUDICE.

Done this the 23rd day of June, 2005.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE